IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAMELA GIBSON,

    Plaintiff,

CASE NO.: 1:12-CV-2990

-vs-

ROSENTHAL, STEIN AND
ASSOCIATES, LLC,

    Defendant.
_____/

## DECLARATION OF JARED MICHAEL LEE
## IN SUPPORT OF BRIEF IN SUPPORT OF MOTION FOR ENTRY OF
## DEFAULT JUDGMENT

I, Jared Michael Lee, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. A complaint in this action was filed on August 28, 2012.

3. An amended complaint in this action as filed on December 4, 2012.

4. A default was entered by the clerk against the Defendant on January 18, 2013.

5. The Plaintiff has expended $1,010.36 in reasonable costs in the prosecution of this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jared M. Lee, Esq.
Jared Michael Lee, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 222-4708
Florida Bar #: 0052284
Attorney for Plaintiff

Executed on the 18th day of February, 2013.