IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAMELA GIBSON,

    Plaintiff,

                         CASE NO.: 1:12-CV-2990

-vs-

ROSENTHAL, STEIN AND
ASSOCIATES, LLC,

    Defendant.
                           /

## DECLARATION OF JARED M. LEE
## IN SUPPORT OF PLAINTIFF'S MOTION FOR
## AN AWARD OF COSTS AND ATTORNEY FEES

I, JARED M. LEE, declare under penalty of perjury, as provided or by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1.     I am a member in good standing of the bars of the following courts:

- The Supreme Court of Florida (April 21, 2008)
- The U.S. District Court for the Middle District of Florida (January 20, 2011)
- The U.S. District Court for the Northern District of Florida (December 6, 2011)
- The U.S. District Court for the Southern District of Florida (November 26, 2012)

2.     I have been admitted *Pro Hac Vice* to the United States District Court for the Northern District of Georgia on September 5, 2010 in the present matter.

3.  I am a December 2007 graduate of the Florida State University College of Law and have been continuously employed in the practice of law since April of 2008 as follows:

- The Law Office of Julianne M. Holt Public Defender from April 2008 through Nov 2009.
- Morgan & Morgan, P.A. from December 2009 through present.

4.  I have authored or contributed to the following publications:

- *Pakistan's Political Upheaval: The Demise of a Nuclear Democracy*, 17 J. Transnat'l L. & Pol'y 177 (Fall, 2007).

- *Denuclearization of the Korean Peninsula: Recent Agreements and Lessons from the Past*, 16 J. Transnat'l L. & Pol'y 377 (Spring, 2007).

- *Introduction to the Practice of Consumer Law* (Course Materials for Course No. 1726R), The Florida Bar Continuing Legal Education Committee, the Consumer Protection Law Committee, and the Public Interested Law Section (June 29, 2013)

5.  I have lectured to professional groups on consumer law issues including:

- *Introduction to the Practice of Consumer Law:* Collection Harassment Laws in Florida: An Overview and Comparison of Protections Afforded Consumers Under the FDCPA and FCCPA (June 29, 2013).

6.  Since December 2009 I have practiced exclusively in the area of consumer protection law.

7.  I am one of the attorneys for Plaintiff Pamela Gibson in the above captioned action. I expended a total of 29.25 hours in this matter. My contemporaneously kept records reflecting our services in this litigation are attached hereto as *Exhibit A*.

8.  The reasonable hourly rate for my services is $300 per hour.

9.  The lodestar calculation of attorney fees for my time expended is $8,775.00 (29.25 hours x $300/hour).

10. Costs and litigation expenses in the amount of $ 1,856.18 (attached hereto as *Exhibit B*) were incurred by my law firm in this matter.

11. The fee arraignment with Plaintiff in this matter is contingent on Plaintiff's recovery.

12. These requested attorney fees and costs were reasonable and necessary to litigation in this matter.

    Executed at Orlando, Florida.
    December 13, 2013

*Jared M. Lee*, Esq.

# Time Sheet

12/13/2013

Gibson, Pamela vs. Rosenthal, Stein and Associates, LLC
Selected Timeslips
Status: Pending/Released/Transfered/Exception

| Date | Hrs | |
|---|---|---|
| 01/11/2012 | 1.00 | |
| | | Initial review of matter and client evidence. |
| 02/22/2012 | 1.00 | |
| | | Reviewed and edited complaint. |
| 07/27/2012 | .20 | |
| | | Prepared Pro Hac Application |
| 08/02/2012 | .20 | |
| | | Finalized Initial complaint and summons |
| 12/04/2012 | .40 | |
| | | Edited Amended Complaint |
| 12/13/2012 | .20 | |
| | | Prepared documents for service (amended complaint) |
| 12/27/2012 | .20 | |
| | | Reviewed and filed Return of Service for Rosenthal |
| 01/14/2013 | .75 | |
| | | Reviewed local rules and prepared Motion for Default |
| 01/18/2013 | .30 | |
| | | Finalized and filed Motion for Default |
| 02/05/2013 | 4.00 | |
| | | Prepared Motion for Default Judgement, Declarations, etc |
| 02/18/2013 | .50 | |
| | | Edited and further prepared Motion for Default Judgment and Declarations |
| 03/21/2013 | .10 | |
| | | Telephone conference with client |
| 03/25/2013 | .30 | |
| | | Telephone calls with Client |
| 04/10/2013 | .20 | |
| | | Telephone call with Client |
| 05/21/2013 | .20 | |
| | | Discussed Recommended Order on Motion for Default with Client |
| 05/22/2013 | 1.30 | |
| | | Conducted Futher Research regarding Defendant. |
| 05/24/2013 | .30 | |
| | | Research assets owned by this company |
| 06/06/2013 | .10 | |
| | | Telephone Conference with Client |
| 06/27/2013 | .40 | |
| | | tried calling client, no answer, called and spoke to JA |
| 07/05/2013 | .20 | |
| | | Reviewed order adopting magistrate's report and recommended order. |
| 08/08/2013 | .30 | |
| | | Filed Notice of Unavailability with Court |
| 08/20/2013 | .10 | |
| | | Telephone conference with Client |
| 12/02/2013 | .50 | |
| | | Telephone conference with Ms. Gibson regarding damages hearing. |
| 12/02/2013 | 3.50 | |
| | | Prepared for damages hearing, reviewed local rules, reviewed actual damages case law under the FDCPA |



Page 1

# Time Sheet
12/13/2013

## Gibson, Pamela vs. Rosenthal, Stein and Associates, LLC
### Selected Timeslips
### Status: Pending/Released/Transfered/Exception

| Date | Hrs | |
|---|---|---|
| 12/03/2013 | 4.50 | |
| | | Travel and preparation for Damages Hearing in Atlanta |
| 12/03/2013 | 1.50 | |
| | | Preparation for Damages Hearing in Atlanta including meeting with Ms. Gibson to prepare for the hearing. |
| 12/03/2013 | 1.00 | |
| | | Attended Damages Hearing |
| 12/03/2013 | .50 | |
| | | Met with Ms. Gibson following Damages hearing. |
| 12/03/2013 | 3.00 | |
| | | Return Travel to Orlando |
| 12/13/2013 | 2.50 | |
| | | Preparation of Motion and Declarations for Attorney Fees |
| Total hours: | 29.25 | |

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 12/08/2011 | | POS | [ Postage Expense ] | | 0.44 |
| | | Postage | | | |
| 12/12/2011 | | POS | [ Postage Expense ] | | 1.28 |
| | | Postage | | | |
| 12/19/2011 | | PRN | [ Printing ] | | 1.50 |
| | | Black & White Printing | | | |
| 12/28/2011 | | PRN | [ Printing ] | | 2.00 |
| | | Black & White Printing | | | |
| 01/11/2012 | | LDT | [ Long Distance Telephone ] | | 1.00 |
| | | Telephone Charges | | | |
| 01/12/2012 | 348642 | TSCRPT | Search Consultants, Inc. [ Transcripts ] Pamela Gibson | | 40.70 |
| 01/19/2012 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | | Telephone Charges | | | |
| 01/19/2012 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | | Telephone Charges | | | |
| 01/30/2012 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Telephone Charges | | | |
| 01/31/2012 | | LDT | [ Long Distance Telephone ] | | 1.25 |
| | | Telephone Charges | | | |
| 02/22/2012 | | PRN | [ Printing ] | | 2.25 |
| | | Black & White Printing | | | |
| 02/22/2012 | | LDT | [ Long Distance Telephone ] | | 1.00 |
| | | Telephone Charges | | | |
| 04/05/2012 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 04/12/2012 | | PRN | [ Printing ] | | 2.25 |
| | | Black & White Printing | | | |
| 04/12/2012 | | POS | [ Postage Expense ] | | 1.10 |
| | | Postage | | | |
| 04/12/2012 | | LDT | [ Long Distance Telephone ] | | 0.75 |
| | | Long Distance Charges | | | |
| 05/08/2012 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 05/15/2012 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | | Long Distance Charges | | | |
| 05/15/2012 | | POS | [ Postage Expense ] | | 1.30 |
| | | Postage | | | |
| 05/21/2012 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 05/24/2012 | | LDT | [ Long Distance Telephone ] | | 0.75 |
| | | Long Distance Charges | | | |
| 06/15/2012 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | | Long Distance Charges | | | |
| 06/15/2012 | 361244 | FF | Clerk, U.S. District Court [ Filing Fee ] **VOID: Pamela Gibson | | 350.00 |
| | | Pro Hac Vice Case in GA | | | |
| 07/26/2012 | | PRN | [ Printing ] | | 3.00 |
| | | Black & White Printing | | | |
| 07/27/2012 | 364599 | FF | Morgan & Morgan- ATL [ Filing Fee ] pamela gibson | | 500.00 |
| | | Pro Hac Vice Case in GA | | | |
| 07/27/2012 | 361244 | FF | Clerk, U.S. District Court [ Filing Fee ] **VOID: Pamela Gibson | 350.00 | |
| | | Void reversing entry | | | |
| 08/02/2012 | | POS | [ Postage Expense ] | | 0.45 |
| | | Postage | | | |
| 08/20/2012 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 09/04/2012 | | PRN | [ Printing ] | | 2.75 |
| | | Black & White Printing | | | |
| 09/12/2012 | 367999 | INVH | Investigative Services of Tampa, Inc. [ Investigative Service **VOID: Gibson, Pamela | | 260.00 |
| | | Service of Process | | | |
| 09/12/2012 | 367999 | INVH | **VOID MISPRINT**VOID MISPRINT**VOID MISPRINT [ Ir **VOID MISPRINT**VOID MISPRINT**VOID MISPRINT | 260.00 | |
| | | Void reversing entry | | | |
| 09/12/2012 | 368012 | INVH | Investigative Services of Tampa, Inc. [ Investigative Service Gibson, Pamela | | 260.00 |
| | | Service of Process | | | |
| 10/04/2012 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 10/04/2012 | | COP | [ Photocopy Expense ] | | 0.25 |
| | | Black and white photocoies | | | |
| 10/08/2012 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 10/10/2012 | | PRN | [ Printing ] | | 5.00 |
| | | Black & White Printing | | | |

EXHIBIT B

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 10/10/2012 | | POS | [ Postage Expense ] | | 1.95 |
| | Postage | | | | |
| 10/10/2012 | | PRN | [ Printing ] | | 2.50 |
| | Black & White Printing | | | | |
| 10/25/2012 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 10/29/2012 | 371747 | ECR | Pacer Service Center [ Electronic Court Records ] | | 1.90 |
| | | | Electronic Records 7.01.12 - 9.30.12 | | |
| 11/12/2012 | | PRN | [ Printing ] | | 3.00 |
| | Black & White Printing | | | | |
| 11/29/2012 | | PRN | [ Printing ] | | 3.00 |
| | Black & White Printing | | | | |
| 12/04/2012 | | PRN | [ Printing ] | | 3.00 |
| | Black & White Printing | | | | |
| 12/10/2012 | | PRN | [ Printing ] | | 3.25 |
| | Black & White Printing | | | | |
| 12/12/2012 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 12/13/2012 | | PRN | [ Printing ] | | 2.75 |
| | Black & White Printing | | | | |
| 01/02/2013 | 376261 | INVH | Investigative Services of Tampa, Inc. [ Investigative Service | | 130.00 |
| | Return of Service | | Gibson, Pamela | | |
| 01/14/2013 | | COP | [ Photocopy Expense ] | | 0.25 |
| | Black and white photocoies | | | | |
| 02/05/2013 | | PRN | [ Printing ] | | 11.50 |
| | Black & White Printing | | | | |
| 02/05/2013 | | PRN | [ Printing ] | | 3.50 |
| | Black & White Printing | | | | |
| 02/05/2013 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance Charges | | | | |
| 02/15/2013 | 379954 | PF | Morgan & Morgan, Tampa, P.A. [ Professional Fees ] | | 9.74 |
| | | | West Law July - December 2012 | | |
| 02/18/2013 | | PRN | [ Printing ] | | 2.50 |
| | Black & White Printing | | | | |
| 03/21/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 03/25/2013 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance Charges | | | | |
| 04/09/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 04/10/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 05/02/2013 | 402813 | ECR | Pacer Service Center [ Electronic Court Records ] | | 12.00 |
| | | | Acct. ID - MM4336 | | |
| 05/21/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 05/23/2013 | 404771 | PF | Morgan & Morgan, Tampa, P.A. [ Professional Fees ] | | 0.43 |
| | | | West Law: February - April 2013 | | |
| 05/23/2013 | 404771 | PF | Morgan & Morgan, Tampa, P.A. [ Professional Fees ] | | 16.59 |
| | | | West Law: February - April 2013 | | |
| 06/18/2013 | 406992 | INVH | TLO LLC [ Investigative Services ] | | 88.00 |
| | | | Acct. #497202 05/01/13 - 05/31/2013 | | |
| 06/27/2013 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance Charges | | | | |
| 06/27/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 07/05/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 08/20/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 09/20/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |
| 11/19/2013 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance Charges | | | | |
| 11/19/2013 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Long Distance Charges | | | | |
| 11/22/2013 | | LDT | [ Long Distance Telephone ] | | 1.00 |
| | Long Distance Charges | | | | |
| 11/25/2013 | | PRN | [ Printing ] | | 3.00 |
| | Black & White Printing | | | | |
| 11/26/2013 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Long Distance Charges | | | | |

Morgan & Morgan, Tampa, P.A.

Case Expense Report
12/13/2013     (1480900) Gibson, Pamela vs. Rosenthal, Stein and Associates, LLC
7:43:32AM

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 11/26/2013 | | LDT | [ Long Distance Telephone ] | | 0.75 |
| | | Long Distance Charges | | | |
| 11/26/2013 | | LDT | [ Long Distance Telephone ] | | 2.25 |
| | | Long Distance Charges | | | |
| 11/27/2013 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 12/02/2013 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 12/02/2013 | | PRN | [ Printing ] | | 2.75 |
| | | Black & White Printing | | | |
| 12/02/2013 | | PRN | [ Printing ] | | 2.50 |
| | | Black & White Printing | | | |
| 12/02/2013 | | LDT | [ Long Distance Telephone ] | | 0.75 |
| | | Long Distance Charges | | | |
| 12/02/2013 | | PRN | [ Printing ] | | 3.50 |
| | | Black & White Printing | | | |
| 12/02/2013 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | | Long Distance Charges | | | |
| 12/02/2013 | | PRN | [ Printing ] | | 3.00 |
| | | Black & White Printing | | | |
| 12/02/2013 | | PRN | [ Printing ] | | 2.75 |
| | | Black & White Printing | | | |
| 12/02/2013 | | PRN | [ Printing ] | | 20.00 |
| | | Black & White Printing | | | |
| 12/04/2013 | 421874 | TRV | Jared Lee [ Travel Expenses ] Travel Reimbursement | | 677.80 |

Total: 610.00    2,466.18

Balance: 1,856.18